UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL HENRY, on behalf of himself, individually, and on behalf of all others similarly-situated,

                        Plaintiff,

-against-

WESTERN BEEF RETAIL, INC. d/b/a WESTERN BEEF, and CACTUS HOLDINGS, INC., and HORATIO WAGNER, individually, and TIMOTHY KELLAR, individually,

                        Defendants.

**Docket No.:**

**18-cv-6830 (FB)(RML)**

## ORDER TO SHOW CAUSE IN SUPPORT OF
## BORRELLI & ASSOCIATES, P.L.L.C.'S MOTION TO WITHDRAW AS COUNSEL
## OF RECORD FOR PLAINTIFF

Upon the annexed Declaration of Jeffrey R. Maguire, Esq. in Support of Order to Show Cause of Borrelli & Associates, P.L.L.C. to Withdraw as Counsel of Record for Plaintiff in the above-captioned action, dated November 25, 2019, and all pleadings and proceedings heretofore had herein, it is hereby ORDERED that:

    1.     Plaintiff show cause before this Court, in Courtroom 10C, at the United States District Court for the Eastern District of New York, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on _____, 2019, at _____ a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be entered permitting Borrelli & Associates, P.L.L.C. to withdraw as attorneys of record for Plaintiff in this action with the entitlement to a charging lien to be determined by the Court;

    2.     Let service of a copy of this Order to Show Cause, together with the papers upon which it is based, be accomplished by ensuring delivery of these papers to Plaintiff by

1

_____by on or before _____, 2019, and that be deemed good and sufficient service.

3. Opposition papers, if any, from either Plaintiff or Defendants, must be served on Borrelli & Associates, P.L.L.C., 910 Franklin Avenue, Suite 200, Garden City, New York 11530, by _____, and if from Plaintiff then Borrelli & Associates, P.L.L.C. is to promptly file them on ECF.

Dated: Brooklyn, New York
_____, 2019

_____
The Honorable Frederic Block
United States District Judge